In the Matter of the Petition of LILLIAN KAPLAN, an Infant under the Age of Fourteen, by MORRIS KAPLAN, General Guardian of the Person and Property of Said Infant, Jointly with the Clerk of the Surrogate's Court, Kings County, for the Payment of an Award for Damage Lot 54 in Block 4743, Made in the Matter of the Acquiring of Title by the City of New York to Certain Lands and Premises Consisting of the Two Blocks Bounded by Tilden Avenue on the North, East Fifty-seventh Street on the West, Beverly Road on the South, and East Fifty-ninth Street on the East, Duly Selected as a Site for School Purposes, According to Law.— Matter referred to an official referee for inquiry and report in connection with *Matter of Golub* (*ante*, p. 811), decided herewith. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Application of SARAH LEVENTHAL, Appellant, to Cancel Mortgage of Record. LYDECKER VAN RIPER, as Executor of Estate of LENORE B. WARNER, Deceased, Respondent.— Motion to dispense with printing granted. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

JAMES KEON, Respondent, v. SAXTON & COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

ELIX KRAVITZ, Respondent, v. B. B. & F. REALTY CORPORATION and Others, Defendants. PHILIP LEIZERKOWITZ, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

JOHN L. KRONFELD, Appellant, v. KEW GARDENS CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

FELIX A. LACKS, Respondent, v. JEANNOT I. BERNITZ, Appellant.— Motion to continue stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

ANTHONY LACQUA, Appellant, v. GENERAL LINEN SUPPLY & LAUNDRY CO., INC., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

RHEA T. McTAGUE, Respondent, v. JAMES J. CONROY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.